IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES BILLMAN                          :          CIVIL ACTION
                                       :
        v.                             :          No. 10-2996
                                       :
TOM CORBETT, et al.                    :


## ORDER

AND NOW, this 15th day of February, 2011, it is ORDERED Defendants' Motion for

Judgment on the Pleadings (Document 6) is GRANTED.  Judgment is entered in favor of Defendants

and against Plaintiff James Billman.

The Clerk of Court is DIRECTED to mark this case as CLOSED.




                                       BY THE COURT:



                                        /s/ Juan R. Sánchez
                                       Juan R. Sánchez, J.